# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————

No. 98-60621
Summary Calendar

———————

JUAN SENDEJO-RIVAS,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

———————————————————————

Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A14 202 553

———————————————————————

July 29, 1999

Before KING, Chief Judge, HIGGINBOTHAM, and STEWART, Circuit Judges:

PER CURIAM:[*]

Juan Sendejo-Rivas petitions for review of the Board of Immigration Appeals' decision dismissing his motion to reopen his appeal as untimely.

Due to the Antiterrorism and Effective Death Penalty Act of 1996 and the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, this court lacks jurisdiction to review Sendejo-Rivas' petition. See Nguyen v. INS, 117 F.3d 206, 207 (5th Cir. 1997). IT IS ORDERED that this petition is DISMISSED.

———

[*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.